**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 11-cr-00375-CMA-01

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**1.    KEITH ALLISON,**

      Defendant.

---

**ORDER REGARDING DEFENDANT'S REQUEST FOR DISTRICT COURT JUDGE TO
REVIEW MAGISTRATE JUDGE'S DENIAL OF BOND AND REQUEST FOR
DETENTION HEARING (#114)**

---

This matter is before the Court on Defendant's Request for District Court Judge to Review Magistrate's Denial of Bond and Request for Detention Hearing (Doc. # 114).

Defendant's Request for District Court Judge to Review Magistrate Judge's Denial of Bond is GRANTED.  The Court has conducted a *de novo* review, including review of the Motion (Doc. # 114), the Superseding Indictment (Doc. # 126), the Motion to Detain (Doc. # 15), the Pretrial Services Report, and the transcript of the October 5, 2011 Detention Hearing (Doc. # 155).  The Court finds that the record demonstrates by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of Defendant Allison.  The Court also finds that the record demonstrates by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of the community.

Therefore, it is ORDERED that:

1)      The Order of Detention (Doc. # 62) is AFFIRMED, and Defendant Allison

        shall be held in this matter without bond.

2)      Defendant's Request for Bond Hearing is DENIED.  The hearing

        previously set for November 1, 2011, at 1:30 p.m., is VACATED.

DATED: October __31__, 2011

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge

2